UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:19-CV-14337-
ROSENBERG/MAYNARD

DAVID POSCHMANN,

    PLAINTIFF,

vs.

1051 Collins Hotel, LLC,

    DEFENDANT.
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on November 18, 2019. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

    [✓] All PLAINTIFFS and their respective trial counsel.
    [✓] All DEFENDANTS and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

    [✓] The case was completely settled. Counsel shall submit a stipulation for dismissal or other final disposition.

    ___ The parties reached an impasse as to all issues.

    ___ The parties settled the following issues:

        (a) _____

        (b) _____

    The issues remaining to be adjudicated are:

        (c) _____

        (d) _____

___ The case was set for trial on _____ and should be removed from the trial docket.

___ These proceedings have been adjourned and the mediation hearing shall be resumed on .

___ The scheduled mediation proceedings herein have been canceled as the parties have announced a settlement.

The Court is further advised the parties have agreed as follows:

_____

_____

CERTIFICATE OF SERVICE

I hereby certify that on 11-19-19 a copy of the above was sent via Electronic Mail to: **Lee Sarkin, Esquire**, lsarkin@aol.com; **Kenneth Minerley, Esquire**, ken@minerleyfein.com; Danielle@minerleyfein.com; fileclerk@minerleyfein.com; **Drew Levitt, Esquire**, dml2@bellsouth.net.

Respectfully submitted,

*/s/ Alvin Capp/*

Alvin Capp, Mediator
Mediator # 237-R
Upchurch Watson White & Max
900 South Pine Island Rd., Suite 410
Plantation, FL 33324
Phone: 954-423-8856  Fax: 954-334-2838
acapp@uww-adr.com