UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:19-CV-14337-ROSENBERG/MAYNARD

DAVID POSCHMANN,

               Plaintiff,

v.

1051 COLLINS HOTEL, LLC,

               Defendant.

_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 4th day of December, 2019.

| | |
|---|---|
| s/Lee D. Sarkin | s/Kenneth L. Minerley |
| Drew M. Levitt | Kenneth L. Minerley |
| Florida Bar No. 782246 | ken@minerleyfein.com |
| drewmlevitt@gmail.com | Jennifer Murillo-Hurtado |
| Lee D. Sarkin | Jennifer@minerleyfein.com |
| Florida Bar No. 962848 | Minerley Fein, P.A. |
| lsarkin@aol.com | 1200 North Federal Highway, Suite 420 |
| 4700 N.W. Boca Raton Boulevard | Boca Raton, Florida 33432 |
| Suite 302 | Telephone (561) 362-6699 |
| Boca Raton, Florida 33431 | Attorneys for Defendant |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |