**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  2:19-CV-14337-ROSENBERG/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

1051 COLLINS HOTEL, LLC,

    Defendant.
_____/

**ORDER CLOSING CASE**

This cause is before the Court on the parties' Stipulation of Dismissal With Prejudice at docket entry 24.  In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED** that:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 5th day of December, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record